IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVIS TOUSSAINT,<br><br>        Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent.<br>_____/ | No. CR 12-0407 CW<br><br>ORDER TO SHOW CAUSE |

On June 27, 2016, Movant Jarvis Toussaint filed a motion under 28 U.S.C. § 2255, challenging his conviction. Docket No. 202. On July 22, 2016, the Court entered an order transferring the § 2255 motion to the Ninth Circuit for consideration as an application to file a successive § 2255 motion. Docket No. 206. The Ninth Circuit has now entered an order authorizing Movant to file an amended § 2255 motion and providing that the amended § 2255 motion shall be deemed filed in this Court. Accordingly, the Court orders the government to respond to the amended § 2255 motion.

The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within seventy-five days from the date of this order, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief forty-five days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

IT IS SO ORDERED.

Dated: February 6, 2017

CLAUDIA WILKEN
United States District Judge

|  |  |
|---|---|
| United States District Court<br>Northern District of California | |

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   USA,                                              Case No.  12-cr-00407-CW-1
            Plaintiff,
8
        v.                                            **CERTIFICATE OF SERVICE**
9
10  TOUSSAINT,
            Defendant.
11

12      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13  District Court, Northern District of California.
14      That on February 6, 2017, I SERVED a true and correct copy(ies) of the attached, by
15  placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
16  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17  receptacle located in the Clerk's office.

18  **Jarvis Toussaint**
19  17268-111
    Federal Correctional Institution
20  P.O. Box 800
    Herlong, CA 96113
21
22
23  Dated: February 6, 2017                           Susan Y. Soong
                                                      Clerk, United States District Court
24
25                                                    By:_____
                                                      Doug Merry, Deputy Clerk to the
26                                                    Honorable CLAUDIA WILKEN
27
28